|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | : <br> : <br> : |
| Law Offices of Peter E. Zimnis <br> 1245 Whitehorse-Mercerville Road <br> Suite 412 <br> Trenton, New Jersey 08619 <br> Attorney for Debtor | : <br> : <br> : <br> : <br> : Case No. 23-13523 |
| In re: <br> THOMAS ORBAN <br>     Debtor | : Judge: Michael Kaplan <br> : <br> : Chapter 13 <br> : |

## CHAPTER 13 DEBTOR'S CERTIFICATION TO EXTEND THE AUTOMATIC BEYOND THIRTY DAYS DUE TO MULTIPLE BANKRUPTCY FILINGS

THOMAS ORBAN, of full age, being duly sworn upon his/her oath and according to law, certifies and says:

1. I am filing a Certification to request that the automatic stay be extended beyond 30 days us having one prior Bankruptcy case dismissed within *one year* of this present Bankruptcy case, pursuant to 11 U.S.C. 362(c)(3)(B).

2. My prior Bankruptcy case (case #22-13434) that was pending within one year of this case was filed on April 27, 2022, and was dismissed on or about January 2023.

3. The last case was dismissed because I was unable to file my tax return within that parameter's of the Bankruptcy Code due to my accountant falling ill. Trustee and mortgage payments were essentially current at the time of dismissal.

4. However, our circumstances have changed since the last case (as required by 11 U.S.C. 362(c)(3)(C)(i)(III)). Specifically, the income situation is fine and the 2021 return has been filed.

5. Based upon the aforesaid, we respectfully requesting that the automatic stay be extended beyond 30 days of the Bankruptcy case being filed.

6. We certify that the foregoing is true. We are aware that if the Certification contains anything that is willfully false, we are subject to punishment.

    /s/ Thomas Orban