Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13523−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J Orban
   POB 8474
   Trenton, NJ 08650

Social Security No.:
   xxx−xx−4127

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          6/28/23
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 24, 2023
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Thomas J Orban  
    Debtor

Case No. 23-13523-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 24, 2023      Form ID: 132      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Orban, POB 8474, Trenton, NJ 08650-0474 |
| 519899838 | + | ARSI, 555 St. Charles Drive, Ste 110, Thousand Oaks, CA 91360-3982 |
| 519899841 | + | LVNV c/o Resurgant Cap, re: washington Mutual, 55 Bettie Pl, Ste 110, Greenville, SC 29601-5115 |
| 519899845 | + | PNC Bank, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2760 |
| 519899846 | + | PNC Bank Mortgage, 6750 Miller Rd, Brecksville, OH 44141-3239 |
| 519899848 | + | PNC Bank, Corp Headquarters, 3232 Newmark, Miamisburg, OH 45342-5421 |
| 519899849 | + | Resurgant / LVNV, re: Labcorp, POB 10497, Greenville, SC 29603-0497 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519899837 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2023 21:13:27 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 519905719 | | Email/PDF: bncnotices@becket-lee.com | May 24 2023 21:12:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519907100 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:12:45 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519899839 | + | Email/PDF: bncnotices@becket-lee.com | May 24 2023 21:24:05 | Beckett & Lee, American Express, POB 3001, Malvern, PA 19355-0701 |
| 519899840 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2023 20:59:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 519907101 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519899842 | | Email/Text: BankruptcyECFMail@mccalla.com | May 24 2023 20:59:00 | McCalla Raymer, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 519899843 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 20:59:00 | Midland Funding, re: dj 29036-15, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 519899847 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2023 20:59:00 | PNC Bank NA, POB 3180, Pittsburgh, PA 15222 |
| 519899844 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 24 2023 20:59:00 | NJ - Div of Taxation, Compliance and Enforcement BK unit, 50 Barrack St, 9 th FL, POB 245, Trenton, NJ 08695 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920248 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920249 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920250 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4