**UNITED STATE BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Rd
Trenton, NJ 08619
609-581-9353
Attorney for debtor

In Re:

THOMAS ORBAN

    Debtors

Order Filed on June 1, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No.: 23-13523

Hearing Date

Judge Michael B. Kaplan

## INTERIM ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

    The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: June 1, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:       Thomas Orban
Case No.:     23-13523/MBK
Caption:      Interim Order Extending Automatic Stay Beyond 30 Days

At Trenton in the said District

This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is ORDERED AND ADJUDGED as follows, to wit:

1. The hearing on the motion to extend stay is hereby adjourned to June 28, 2023

2. The automatic stay shall apply to all Creditors who were part of this motion to at least June 28, 2023 or until such further Order is signed by this Court.