|  |  |
|---|---|
| **UNITED STATE BANKRUPTCY COURT** : | |
| **DISTRICT OF NEW JERSEY** : | Order Filed on June 28, 2023 |
| _____ : | by Clerk |
|  : | U.S. Bankruptcy Court |
| Law Office of Peter Zimnis : | District of New Jersey |
| 1245 Whitehorse Mercerville Rd : | |
| Trenton, NJ 08619 : | |
| 609-581-9353 : | |
| Attorney for Debtor : | |
|  : | |
| _____ : | Chapter 13 |
| In Re: : | |
|  : | Case No.:  23-13523 |
| THOMAS ORBAN : | |
|  : | |
|   Debtors : | Hearing Date |
|  : | |
| _____: | Judge  Michael B. Kaplan |

### ORDER EXTENDING AUTOMATIC STAY BEYOND 30 DAYS

      The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

**DATED: June 28, 2023**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Thomas Orban
Case No.: 23-13523/MBK
Caption: Order Extending Automatic Stay Beyond 30 Days

  At Trenton in the said District

  This matter being opened to the Court by the Law Office of Peter E. Zimnis, attorney for the debtor(s), and

  It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtor for which the Debtor seeks to extend the automatic stay beyond 30 days, and

  It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

  It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

  Good and sufficient cause appearing of the entry of this Order,

  It is ORDERED AND ADJUDGED as follows, to wit:

1. The automatic stay shall apply to all creditors that were part of this Motion beyond 30 days of the filing of this Bankruptcy petition.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-13523-MBK
Thomas J Orban  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　User: admin　　　　　Page 1 of 1
Date Rcvd: Jun 29, 2023　　　Form ID: pdf903　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas J Orban, POB 8474, Trenton, NJ 08650-0474 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023　　　　　Signature:　　　／s／Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4