|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT | : |
| DISTRICT OF NEW JERSEY | : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : |
| | : |
| | : |
| | : |
| | : |
| Law Office of Peter E. Zimnis | : |
| 1245 Whitehorse Mercerville Rd 412 | : |
| Trenton, NJ 08619 | : |
| 609-581-9353 | : |
| Attorney for Debtor | : |
| | : CHAPTER 13 |
| In Re: | : |
| | : CASE NO. 23-13523 |
| THOMAS ORBAN | : ADV NO. |
| | : |
| Debtors | : HEARING DATE |
| | : |
| | : JUDGE |

CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>October 24, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion to Expunge Proof of Claim
   Certification of debtor
   Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                             /s/ Peter E. Zimnis
                                             Peter E. Zimnis, Esq.

Dated:

**SERVICE LIST**

| | | |
|---|---|---|
| Attorney General's Office State of NJ<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 112<br>Trenton, NJ 08625-0112 | creditor | via reg mail |
| Division of Taxation, Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08695-0245 | creditor | via reg mail |