|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT | : |
| DISTRICT OF NEW JERSEY | : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : |

| | |
|---|---|
| Law Office of Peter E. Zimnis | : |
| 1245 Whitehorse Mercerville Rd 412 | : |
| Trenton, NJ 08619 | : |
| 609-581-9353 | : |
| Attorney for Debtor | : |
| | :    CHAPTER 13 |
| In Re: | : |
| | :    CASE NO. 23-13523 |
| THOMAS ORBAN | :    ADV NO. |
| | : |
|     Debtors | :    HEARING DATE |
| | : |
| | :    JUDGE |

CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>October 24, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Motion to Reclassify the I.R.S. Proof of Claim
Certification of debtor
Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                             /s/ Peter E. Zimnis
                                            Peter E. Zimnis, Esq.

Dated:

**SERVICE LIST**

| | | |
|---|---|---|
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | creditor | via reg mail |
| United States Attorney<br>(For Internal Revenue Service)<br>970 Broad Street, 5th Floor<br>Newark, NJ 07102 | creditor | via reg mail |
| Office of Chief Counsel<br>Internal Revenue Service<br>SB/SE Division Counsel<br>One Newark Center, Suite 1500<br>Newark, N.J. 07102-5224 | creditor | via reg mail |
| Civil Trial Section, Eastern Region<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044 | creditor | via reg mail |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | via ecf only |
| UST | trustee | via ecf only |