UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-1(b)**

---

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for PNC BANK, NATIONAL ASSOCIATION

**Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas Orban,

Debtor.

Case No.: 23-13523 MBK

Hearing Date: 10/25/2023

Judge: Kaplan, Michael B.

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Thomas J. Orban
Case No: 23-13523 MBK
Caption of Order: Interim Order on Confirmation Hearing

___

**THIS MATTER** having been scheduled before the Court on October 25, 2023 for a Hearing on Confirmation of Debtor's Chapter 13 plan, and good and sufficient cause having been shown, it is:

- **ORDERED** that confirmation is hereby adjourned to November 8, 2023 at 10:00 a.m.; and it is
- **FURTHER ORDERED** that Debtor shall submit a completed loan application to PNC Bank no later than November 1, 2023; and it is
- **FURTHER ORDERED** that if the Debtor has submitted a completed loan modification application in accordance with this Order, confirmation shall be adjourned to November 22, 2023 at 10:00 a.m.; and it is
- **FURTHER ORDERED** that if the Debtor has not submitted a completed loan modification application in accordance with this Order, the case may be subject to dismissal or other such relief as the Court deems appropriate, on November 8, 2023.