UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-1(b)**

---

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for PNC BANK, NATIONAL ASSOCIATION

Order Filed on October 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas Orban,

Debtor.

Case No.:  23-13523 MBK

Hearing Date:  10/25/2023

Judge:  Kaplan, Michael B.

# INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Thomas J. Orban
Case No: 23-13523 MBK
Caption of Order: Interim Order on Confirmation Hearing

_____

**THIS MATTER** having been scheduled before the Court on October 25, 2023 for a Hearing on Confirmation of Debtor's Chapter 13 plan, and good and sufficient cause having been shown, it is:

- **ORDERED** that confirmation is hereby adjourned to November 8, 2023 at 10:00 a.m.; and it is

- **FURTHER ORDERED** that Debtor shall submit a completed loan application to PNC Bank no later than November 1, 2023; and it is

- **FURTHER ORDERED** that if the Debtor has submitted a completed loan modification application in accordance with this Order, confirmation shall be adjourned to November 22, 2023 at 10:00 a.m.; and it is

- **FURTHER ORDERED** that if the Debtor has not submitted a completed loan modification application in accordance with this Order, the case may be subject to dismissal or other such relief as the Court deems appropriate, on November 8, 2023.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13523-MBK |
| Thomas J Orban | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas J Orban, POB 8474, Trenton, NJ 08650-0474 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 5