Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−13523−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J Orban
   POB 8474
   Trenton, NJ 08650

Social Security No.:
   xxx−xx−4127

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-13523-MBK
Thomas J Orban                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                              Page 1 of 2
Date Rcvd: Nov 17, 2023                      Form ID: 148                             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Orban, POB 8474, Trenton, NJ 08650-0474 |
| 519899838 | + | ARSI, 555 St. Charles Drive, Ste 110, Thousand Oaks, CA 91360-3982 |
| 519899841 | + | LVNV c/o Resurgant Cap, re: washington Mutual, 55 Bettie Pl, Ste 110, Greenville, SC 29601-5115 |
| 519899845 | + | PNC Bank, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2760 |
| 519899846 | + | PNC Bank Mortgage, 6750 Miller Rd, Brecksville, OH 44141-3239 |
| 519899848 | + | PNC Bank, Corp Headquarters, 3232 Newmark, Miamisburg, OH 45342-5421 |
| 519899849 | + | Resurgant / LVNV, re: Labcorp, POB 10497, Greenville, SC 29603-0497 |
| 519975316 |   | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519899837 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 20:33:21 | American Express, POB 981537, El Paso, TX 79998-1537 |
| 519905719 |   | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 20:34:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519907100 |   | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 20:33:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519899839 | + | Email/PDF: bncnotices@becket-lee.com | Nov 17 2023 20:34:00 | Beckett & Lee, American Express, POB 3001, Malvern, PA 19355-0701 |
| 519899840 |   | EDI: IRS.COM | Nov 18 2023 01:15:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 519907101 |   | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2023 20:34:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519899842 |   | Email/Text: BankruptcyECFMail@mccalla.com | Nov 17 2023 20:28:00 | McCalla Raymer, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 519899843 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 20:29:00 | Midland Funding, re: dj 29036-15, 2365 Northside Drive, Ste 300, San Diego, CA 92108-2710 |
| 519899847 |   | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 20:27:00 | PNC Bank NA, POB 3180, Pittsburgh, PA 15222 |
| 519940616 |   | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2023 20:27:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519899844 |   | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 17 2023 20:28:00 | NJ - Div of Taxation, Compliance and Enforcement BK unit, 50 Barrack St, 9 th FL, POB 245, Trenton, NJ 08695 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 17, 2023 | Form ID: 148 | Total Noticed: 21

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920263 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920248 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920249 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519920250 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Peter E. Zimnis | on behalf of Debtor Thomas J Orban njbankruptcylaw@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 5